1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   RALPH MASON,                              Federal Case No.: 5:16-cv-03352-NC
12
              Plaintiff,
13
        vs.                                  **STIPULATED REQUEST FOR
14                                           DISMISSAL OF DEFENDANT WELLS
   EQUIFAX, INC.; et. al.,                   FARGO BANK, N.A., INCORRECTLY
15                                           SUED AS WELLS FARGO CARD
              Defendants.                    SERVICES, INC.; [PROPOSED] ORDER**
16

17
   **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**
18
        IT IS HEREBY STIPULATED by and between plaintiff Ralph Mason and defendant
19
   Wells Fargo Bank, N.A. (Incorrectly sued as "Wells Fargo Card Services, Inc.), that Wells Fargo
20
   Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil
21
   Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

                                              1
   STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT; [PROPOSED] ORDER

1  DATED: March 10, 2017                Sagaria Law, P.C.

2                                       By: _/s/ Elliot W. Gale_
3                                            Elliot W. Gale
                                        Attorneys for Plaintiff
4                                       Ralph Mason

5

6  DATED: March 10, 2017                Severson & Werson, APC

7

8                                       By: _/s/Alisa Givental_
                                             Alisa Givental
9                                       Attorneys for Defendant
10                                      Wells Fargo Bank, N.A., incorrectly sued as Wells
                                        Fargo Card Services, Inc.
11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

14 _/s/ Elliot Gale_

15

16                              **[PROPOSED] ORDER**

17      Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with

18 prejudice.

19      IT IS SO ORDERED.

20

21 DATED: March 13, 2017

22                                      _____
                                        NATHANAEL M. COUSINS
                                        UNITED STATES MAGISTRATE JUDGE

[Stamp: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

---

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT; [PROPOSED] ORDER